AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Somers, Dale L. | 2. Court or Organization<br><br>U.S. Bankruptcy Court - Kansas | 3. Date of Report<br><br>05/14/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>225 U.S. Courthouse<br>444 SE Quincy<br>Topeka, KS 66683 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | State of Kansas (Administration) ended 01/07/11 |
| 2. | 2011 | Washburn University (Administration) started 01/10/11 |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BJD Somers Family LLC | F | Distribution | M | U | | | | | See Note in Part VIII |
| 2. C.M. Life Insurance Company | B | Interest | K | T | | | | | |
| 3. C.M. Life Insurance Company | A | Interest | J | T | | | | | |
| 4. C.M. Life Insurance Company | A | Interest | J | T | | | | | |
| 5. Fidelity Management Trust Company - IRA Account | E | Int./Div. | P1 | T | | | | | See Note in Part VIII |
| 6. -U.S. Treasury Inflation Protection Notes | | | | | | | | | |
| 7. -Harbor Bond Fund | | | | | | | | | |
| 8. -Claymore Securities Defined Portfolios | | | | | | | | | |
| 9. -Vanguard GNMA Fund | | | | | Sold (part) | 06/14/11 | L | C | |
| 10. -Fidelity Cash Reserves | | | | | | | | | |
| 11. -Fidelity Contrafund | | | | | | | | | |
| 12. -Fairholme Fund | | | | | Sold | 07/13/11 | L | C | |
| 13. -Templeton Global Bond Fund | | | | | | | | | |
| 14. -Fidelity Focused High Inc | | | | | | | | | |
| 15. -Lazard Emerging Mkt | | | | | Sold (part) | 05/20/11 | L | E | |
| 16. -Arbitrage Fund | | | | | Sold (part) | 01/04/11 | K | A | |
| 17. -Arbitrage Fund | | | | | Sold | 05/17/11 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Intrepid Small Cap Fund | | | | | Sold | 05/11/11 | L | C | |
| 19. -Royce Premier Fund | | | | | | | | | |
| 20. -SPDR Gold Tr Gold | | | | | | | | | |
| 21. -Fidelity GNMA Bond | | | | | | | | | |
| 22. -Harbor Bond Adm | | | | | | | | | |
| 23. -Fidelity Floating Rate High Inc | | | | | Sold | 08/10/11 | M | A | |
| 24. -Nuveen Tradewinds Value Opp | | | | | Buy | 01/18/11 | K | | |
| 25. -Nuveen Tradewinds Value Opp | | | | | Sold | 11/04/11 | K | A | |
| 26. -Aston/River Road Independent Value | | | | | Buy | 05/11/11 | L | | |
| 27. -Eaton Vance Altanta Cap Smid | | | | | Buy | 05/11/11 | L | | |
| 28. -Wells Fargo Advantage Growth | | | | | Buy | 05/17/11 | L | | |
| 29. -Wells Fargo Advantage Growth | | | | | Buy (add'l) | 11/07/11 | K | | |
| 30. -Thornburg International Value | | | | | Buy | 05/23/11 | K | | |
| 31. -Thornburg International Value | | | | | Buy (add'l) | 05/24/11 | K | | |
| 32. -Ishares S&P Midcap 400 Growth | | | | | Buy | 06/13/11 | K | | |
| 33. -Ishares S&P Midcap 400 Growth | | | | | Buy (add'l) | 07/27/11 | L | | |
| 34. -Fidelity High Income | | | | | Buy | 06/14/11 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -FMI Large Cap Fund | | | | | Buy | 11/04/11 | L | | |
| 36. -TCW Core Fixed Income | | | | | Buy | 12/06/11 | M | | |
| 37. Fidelity Management Trust Company - IRA Account | A | Dividend | L | T | | | | | See Note in part VIII |
| 38. -Fidelity Cash Reserves | | | | | | | | | |
| 39. -Harbor Bond | | | | | | | | | |
| 40. -Arbitrage Fund | | | | | Sold | 05/17/11 | K | A | |
| 41. Fidelity Management Trust Company - Non IRA Acct | D | Int./Div. | N | T | | | | | See Note in part VIII |
| 42. -Johnson County Kansas Un Sch Dist No 233 4.0% 9/1/16 | | | | | | | | | |
| 43. -Overland Park KS Go Intl Impt Bd 9/1/20 4% | | | | | | | | | |
| 44. -Fidelity Tax Exempt Money Market | | | | | | | | | |
| 45. -Fidelity Advisor New Insights | | | | | | | | | |
| 46. -Fairholme Fund | | | | | Sold | 07/13/11 | K | B | |
| 47. -Royce Premier Fund | | | | | | | | | |
| 48. -SPDR Gold Tr Gold | | | | | Sold (part) | 08/11/11 | K | E | |
| 49. -Lenexa Kans Go Ref Bds Ser. 20 9/1/18 3.25% | | | | | | | | | |
| 50. -Nuveen Tradewinds Value Opp | | | | | Sold (part) | 05/04/11 | K | C | |
| 51. -Nuveen Tradewinds Value Opp | | | | | Sold (part) | 06/06/11 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Nuveen Tradewinds Value Opp | | | | | Sold | 11/04/11 | J | A | |
| 53. -Harbor Bond Adm | | | | | Sold | 05/04/11 | K | A | |
| 54. -Templeton Global Bond | | | | | | | | | |
| 55. -Fidelity High Income | | | | | Buy | 06/14/11 | K | | |
| 56. Fidelity Management Trust Company - Non IRA Acct | A | Int./Div. | J | T | | | | | See Note in part VIII |
| 57. -Fidelity Tax Exempt Money Market | | | | | | | | | |
| 58. -Harbor Bond | | | | | Sold | 05/04/11 | J | A | |
| 59. -Templeton Global Bond | | | | | Sold | 05/04/11 | J | A | |
| 60. -SPDR Gold Tr Gold | | | | | Sold | 05/04/11 | J | C | |
| 61. -Fairholme Fund | | | | | Sold | 05/04/11 | J | B | |
| 62. -Intrepid Small Cap Fund | | | | | Sold | 05/04/11 | J | A | |
| 63. -Royce Premier Service | | | | | Sold | 05/04/11 | J | B | |
| 64. -Nuveen Tradewinds Value Opp | | | | | Sold | 05/04/11 | J | A | |
| 65. -Fidelity Floating Rate High Inc | | | | | Sold | 05/04/11 | J | A | |
| 66. -Aston/River Road Independent Va | | | | | Buy | 05/11/11 | J | | |
| 67. -Eaton Vance Atlanta Cap Smid | | | | | Buy | 05/11/11 | J | | |
| 68. -Wells Fargo Advantage Growth | | | | | Buy | 05/17/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Ishares S&P Midcap 400 Growth | | | | | Buy | 07/27/11 | J | | |
| 70. ING - State of KS Def Comp Plan | B | Int./Div. | K | T | | | | | See Note in part VIII |
| 71. -Vanguard T. Retirement 2025 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VIII -

A. Item #1 BJD Somers Family LLC - I am a member.  I am not an officer or board member and I have no managerial responsibilities.

B. Items listed in #6 through #36 are all assets of Fidelity Management Trust Company IRA account identified in #5 above.

C. Items listed in #38 through #40 are all assets of Fidelity Management Trust Company IRA account identified in #37 above.

D. Items listed in #42 through #55 are all assets of Fidelity Management Trust Company non-IRA account identified in #41 above.

E. Items listed in #57 through #69 are all assets of Fidelity Management Trust Company non-IRA account identified in #56 above.

F. Item #71 is the asset of ING-State of Kansas Deferred Compensation Plan identified in #70 above.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Dale L. Somers**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544